IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PAULA SUE GRAVES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:14-CV-188 |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | § § § § | |
| Defendant. | § § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits and supplemental security income benefits. The United States Magistrate Judge entered a Report and Recommendation on February 24, 2016, recommending therein that the decision of the Commissioner be affirmed. Plaintiff filed objections to the Report and Recommendation on March 9, 2016.

Plaintiff again argues that the ALJ's failure to comply with Social Security Ruling 00-4p mandates remand. As stated in the Report and Recommendation, "while the ALJ did not properly apply SSR 00-4p in this case, plaintiff has not demonstrated *how* the VE testimony was in conflict with the DOT...Procedural perfection is not required, and the judgment should not be vacated if the substantial rights of plaintiff were not affected." Plaintiff has not demonstrated that she suffered any harm and the Court finds remand to be improper.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby OVERRULES plaintiff's objections to the Report and

Recommendation, ADOPTS the Report and Recommendation of the Magistrate Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this __14th__ day of __March__ 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

M:\Data\CEA\SS\OARJMT\Graves-188.AFF-OBJ.wpd:1